**1**

**Guy FAULK, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. May 18, 1926.)

No. 7300.

In Error to the District Court of the United States for the Western District of Arkansas.

J. Earl Smith, of Marianna, Ark., for plaintiff in error.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, on motion of defendant in error, for want of prosecution.

---

**2**

**Fred FEIGEL, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. February 28, 1927.)

No. 4791.

In Error to the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge.

M. H. Myerson and Ion L. Farris, both of Jacksonville, Fla., for plaintiff in error.

Francis L. Poor, Asst. U. S. Atty., of Jacksonville, Fla. (Wm. M. Gober, U. S. Atty., of Tampa, Fla., and Louis S. Joel, U. S. Atty., of Jacksonville, Fla., on the brief), for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment in this case is affirmed.

---

**3.**

**FIDELITY & DEPOSIT COMPANY OF MARYLAND, Appellant, v. L. B. HANNA et al., Appellees.**

(Circuit Court of Appeals, Eighth Circuit. December 17, 1926.)

No. 7543.

Appeal from the District Court of the United States for the District of North Dakota.

H. F. O'Hare, E. B. Cox, and Gordon V. Cox, all of Bismarck, N. D., and J. F. Sullivan, of Mandan, N. D., for appellant.

Pierce, Tenneson, Cupler & Stambaugh, of Fargo, N. D., George F. Short, of Oklahoma City, Okl., and Scott Cameron, of Bismarck, N. D., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**4**

**Jeremiah C. FLYNN, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. March 11, 1927.)

No. 326.

In Error to the District Court of the United States for the Western District of New York.

Milton J. Whedon, of Medina, N. Y., and T. F. McCue, of Rochester, N. Y., for plaintiff in error.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y., and Joseph J. Doran, Asst. U. S. Atty., of Rochester, N. Y.

Before MANTON, HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

**5**

**FRANKLIN COAL COMPANY, Petitioner, v. FEDERAL TRADE COMMISSION, Respondent,**

(Circuit Court of Appeals, Eighth Circuit. October 27, 1926.)

No. 294, Original.

Petition to Review Order of Federal Trade Commission.

Robert E. Moloney, of St. Louis, Mo., for petitioner.

W. H. Fuller, Chief Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

PER CURIAM. Petition to review order of Federal Trade Commission dismissed, without costs to either party in this court, per stipulation of parties.